IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DENT, JEREMY NEWBERRY, ROY GREEN, JD HILL, KEITH VAN HORNE, RON STONE, RON PRITCHARD, JAMES MCMAHON, MARCELLUS WILEY, and JONATHAN REX HADNOT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE, a New York unincorporated association,<br><br>    Defendant.<br>_____/ | No. C 14-02324 WHA<br><br>**ORDER RE MOTION FOR DISCOVERY CONFERENCE** |

Plaintiffs' counsel have filed a motion for a discovery conference in early December, due to concerns that defendant National Football League and individual football teams are not producing adequate discovery on players' medications (among other topics). The motion seeks to schedule the conference in early December because reportedly by that point, "the parties will be in a far better position to assess whether the NFL can meaningfully satisfy its document production obligations far enough in advance of the March 25 deadline" for a class certification motion (Dkt. No. 83 at 4).

Given the undersigned judge's standing order, the motion is **DENIED** (*see* Dkt. No. 24 at ¶ 25). This, however, is without prejudice to plaintiffs' counsel later requesting discovery relief through the procedures set forth in the standing order.

**IT IS SO ORDERED.**

Dated: October 28, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE