UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

JUDGE WILLIAM ALSUP

Date:  October 30, 2014                                    Total Hearing Time: 1 hour 15 minutes

Case No.  C14-02324 WHA

Title: RICHARD DENT v. NATIONAL FOOTBALL LEAGUE

Plaintiff Attorney(s): Stephen Grygiel

Defense Attorney(s): Allen Ruby; Daniel Nash

Deputy Clerk:  Dawn Toland                          Court Reporter: JoAnn Bryce

**PROCEEDINGS**

1)   Motion to Dismiss - Taken Under Submission

2)   _____

Continued to ___ for Motion to Dismiss

Continued to ___ for Motion for Summary Judgment

**ORDERED AFTER HEARING:**

Court wants a brief from the Labor Union.  Counsel shall contact the Union's general counsel to request they send a letter by 11/5 confirming yes or no to submitting briefing.  The response is due by 11/19/14.