# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Andrew S. Tulumello
Direct: +1 202.955.8657
Fax: +1 202.530.9678
ATulumello@gibsondunn.com

November 5, 2014

<u>VIA ECF</u>

The Honorable William H. Alsup
District Judge
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom 8
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   <u>Dent et al. v. National Football League, No. C-14-2324 WHA (N.D. Cal.)</u>

Dear Judge Alsup:

     We were recently retained by the National Football League Players Association ("NFLPA") to review the transcript of the oral argument on the motion to dismiss in this matter. In that transcript, the Court asks the NFLPA to state its views on certain issues raised by the Rule 12 motion and opposition. We are reviewing the transcript, the motion to dismiss and opposition, and the Second Amended Complaint, and we will file a substantive submission on November 19 addressing the particular issues raised by the Court that we hope will assist the Court in its analysis of the issues.

Respectfully submitted,

*[signature]*

Andrew S. Tulumello