ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
JACK P. DICANIO (SBN 138782)
Jack.Dicanio@skadden.com
TIMOTHY A. MILLER (SBN 154744)
Timothy.miller@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

DANIEL L. NASH (*pro hac vice*)
DNash@akingump.com
STACEY R. EISENSTEIN (*pro hac vice*)
SEisenstein@akingump.com
MARLA S. AXELROD (*pro hac vice*)
MAxelrod@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., NW
Suite 1000
Washington, DC 20036
Telephone: 202-887-4000
Facsimile: 202-887-4288

Attorneys for Defendant
NATIONAL FOOTBALL LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DENT, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE,<br><br>                Defendant. | CASE NO.: **3:14-CV-02324-WHA**<br><br>MODIFIED **STIPULATION AND [PROPOSED]** ~~(struck through)~~ **ORDER RE BRIEFING ON SUBMISSION OF THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION** |

1  Plaintiffs and Defendant National Football League ("NFL") hereby stipulate and agree, by
2  and through their undersigned counsel of record, as follows:
3  **WHEREAS**, on September 11, 2014, Plaintiffs filed their Second Amended Complaint (the
4  "SAC") (ECF No. 65);
5  **WHEREAS**, pursuant to paragraph three of the Court's August 22, 2014, Case
6  Management Order (ECF No. 46), on September 25, 2014, the NFL filed two motions to dismiss
7  the SAC, one addressing preemption under Section 301 of the Labor Management Relations Act
8  (ECF No. 72) and the other addressing the NFL's other grounds for dismissal under Rule 12 of the
9  Federal Rules of Civil Procedure (ECF No. 74).  Opposition (ECF Nos. 79 and 80) and Reply (ECF
10 Nos. 81 and 82) papers were filed;
11 **WHEREAS**, on October 30, 2014, the Court held a hearing on the NFL's motions to
12 dismiss;
13 **WHEREAS**, at the October 30, 2014, hearing, the Court requested that the parties contact
14 the National Football League Players Association ("NFLPA") and convey the Court's request that
15 the NFLPA address two questions posed by the Court (MTD Hr'g Tr. 54-55, ECF No. 87);
16 **WHEREAS**, the Court took the NFL's motions to dismiss under submission in order to
17 permit the NFLPA to respond to the Court's request, and those motions remain pending;
18 **WHEREAS**, as requested by the Court, on November 5, 2014, the NFLPA submitted a
19 letter to the Court (through counsel) stating that the NFLPA will, on November 19, 2014, file a
20 substantive submission addressing the particular issues raised by the Court (ECF No. 89);
21 **WHEREAS**, at the October 30, 2014, hearing, the Court stated that it would permit
22 Plaintiffs and the NFL each to respond to the NFLPA's submission (MTD Hr'g Tr. 55:21-24, ECF
23 No. 87); and
24 **WHEREAS**, the parties met and conferred regarding a proposed schedule for submitting a
25 response to the NFLPA's submission taking into consideration the schedules of counsel,
26 particularly given the upcoming holiday; and
27 **WHEREAS**, the parties have agreed and respectfully propose that the parties file
28 simultaneous briefs not to exceed 10 pages in length ~~on November 25, 2014,~~ by 11 pm on November 21, 2014, which shall be limited

1
STIP. AND ~~[PROPOSED]~~ ORDER RE BRIEFING ON NFLPA SUBMISSION      CASE NO.: 3:14-CV-02324-WHA

1 | to addressing the responses by the NFLPA to the questions posed to the NFLPA by the Court at the
2 | October 30, 2014, hearing;
3 |     **IT IS HEREBY STIPULATED AND AGREED** among the NFL and the Plaintiffs
4 | through their undersigned counsel, subject to the approval of the Court, that:
5 |     1.    On or before ~~November 25, 2014,~~ 11 pm on November 21, 2014, Plaintiffs will submit their response to the
6 | submission by the NFLPA, which will not exceed 10 pages.
7 |     2.    On or before ~~November 25, 2014,~~ 11 pm on November 21, 2014, the NFL will submit its response to the
8 | submission by the NFLPA, which will not exceed 10 pages.
9 |     3.    The briefs of the Plaintiffs and NFL will be limited to addressing the responses by
10 | the NFLPA to the questions posed to by the Court at the October 30, 3014 hearing.

Dated: November 17, 2014

SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC
NAMANNY BYRNE & OWENS, P.C.
ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/ William N. Sinclair*
    WILLIAM N. SINCLAIR

Counsel for Plaintiffs
RICHARD DENT, ET AL.

Dated: November 17, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Allen J. Ruby*
    ALLEN J. RUBY

Counsel for Defendant
NATIONAL FOOTBALL LEAGUE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<del>[PROPOSED]</del> ORDER
MODIFIED
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: November  18 , 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3