IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DENT, ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE,<br><br>    Defendant.<br>                                        / | No. C 14-02324 WHA<br><br>**REQUEST FOR ADDITIONAL STATEMENT** |

With respect to the preemption argument under Section 301, the Court requests that both sides explain whether or not the collective bargaining agreements submitted to the Court may be consulted in deciding the Rule 12 motion. The normal rule is that matters outside the complaint may not be consulted (with certain exceptions). Plaintiffs have made no objection on these grounds to defendant's reliance upon the various collective bargaining agreements. The purpose of the instant request is to confirm that plaintiffs make no procedural objection to the Court's consideration of the collective bargaining agreements.

Both sides shall respond in five pages or less (double spaced, no footnotes) by **NOON ON NOVEMBER 26, 2014**. No replies.

**IT IS SO ORDERED.**

Dated: November 24, 2014.

                                                        WILLIAM ALSUP<br>                                                        UNITED STATES DISTRICT JUDGE