IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD DENT, ET AL,

    Plaintiff,

v.

NATIONAL FOOTBALL LEAGUE,

    Defendant.

No. C 14-02324 WHA

**REQUEST FOR ADDITIONAL STATEMENT FROM THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION**

    This order requests that the National Football League Players Association answer the following questions: If plaintiffs' allegations regarding the distribution of prescription drugs by clubs (or club physicians) and the failure by the clubs (or club physicians) to warn regarding the risks of such drugs are true, to what extent could the former union members have grieved those claims against their individual clubs at the time of the events in question (or later)? Additionally, to what extent could the former union members have brought lawsuits against the clubs' doctors for such conduct?

    The NFLPA shall respond in five pages or less by **NOON ON DECEMBER 2, 2014**. The parties shall respond to the NFLPA's letter in five pages or less by **NOON ON DECEMBER 4, 2014**. Although the NFLPA has appeared as an amicus curiae, both sides are ordered to immediately notify the NFLPA of this request.

    **IT IS SO ORDERED.**

Dated: November 25, 2014.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE