IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DENT, JEREMY NEWBERRY, ROY GREEN, JD HILL, KEITH VAN HORNE, RON STONE, RON PRITCHARD, JAMES MCMAHON, MARCELLUS WILEY, and JONATHAN REX HADNOT, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL League, a New York unincorporated association,<br><br>  Defendant. | No. C 14-02324 WHA<br><br>**REQUEST TO NFL FOR FURTHER SUBMISSION** |

In connection with its Section 301 argument, the NFL has argued that plaintiffs are not without remedies under the CBAs but, other than to say claims could be initiated, grievable, or arbitrable, the NFL does not explain the extent to which, if the claims alleged are true, any plaintiff could have stated a claim under one or more CBAs.

Therefore, the NFL is requested to be specific and answer the following question:

If all the abuses alleged by the clubs and club physicians in the operative complaint could be proven, what remedies would the players injured by such abuses have had under specific clauses of the CBAs against their clubs, assuming timely grievances and/or arbitration were

initiated? The Court wishes to know the full extent to which the NFL specifically concedes that any CBA provision would have been grievable and what the remedies under the CBAs would be.

The NFL is requested to respond in ten pages or less by **NOON ON DECEMBER 5, 2014**. Plaintiffs shall respond in ten pages or less by **NOON ON DECEMBER 8, 2014.**

Dated: December 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2