IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD DENT, JEREMY NEWBERRY, ROY GREEN, JD HILL, KEITH VAN HORNE, RON STONE, RON PRITCHARD, JAMES MCMAHON, MARCELLUS WILEY, and JONATHAN REX HADNOT, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

NATIONAL FOOTBALL League, a New York unincorporated association,

    Defendant.

No. C 14-02324 WHA

**REQUEST FOR FURTHER STATEMENT FROM PLAINTIFFS**

Based on the NFL's December 5, 2014 submission, plaintiffs are hereby requested to state whether they object to the Court taking judicial notice of the exhibits the NFL attached to its statement. These exhibits include copies of grievances filed by Richard Dent against the San Francisco 49ers and by the NFLPA against the New England Patriots. Plaintiffs were previously requested to respond to the NFL's submission by **DECEMBER 8, 2014 AT NOON**. Within that response, plaintiffs shall address whether the Court can take judicial notice of exhibits A–C, which were submitted with the NFL's statement. Plaintiffs shall have an extra two pages to respond to this request regarding judicial notice.

    **IT IS SO ORDERED.**

Dated: December 5, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE