IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD DENT, JEREMY NEWBERRY, ROY GREEN, J.D. HILL, KEITH VAN HORNE, RON STONE, RON PRITCHARD, JAMES MCMAHON, MARCELLUS WILEY, and JONATHAN REX HADNOT, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

NATIONAL FOOTBALL LEAGUE, a New York unincorporated association,

    Defendant.

No. C 14-02324 WHA

**JUDGMENT**

The Court's order granting defendant's motion to dismiss allowed plaintiffs to file a motion to amend their complaint by Noon on December 30, 2014. That time has passed. **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant against plaintiffs.

The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE