William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Andrew G. Slutkin (Admitted *Pro Hac Vice*)
(aslutkin@mdattorney.com)
Stephen G. Grygiel (Admitted *Pro Hac Vice*)
(sgrygiel@mdattorney.com)
Joseph F. Murphy, Jr. (Admitted *Pro Hac Vice*)
(jmurphy@mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles St., Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

Thomas J. Byrne (SBN 179984)
(tbyrne@nbolaw.com)
Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA 92630
Telephone: (949) 452-0700
Facsimile: (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
SDavidson@rgrdlaw.com
Mark J. Dearman (Admitted *Pro Hac Vice*)
MDearman@rgrdlaw.com
Kathleen B. Douglas (Admitted *Pro Hac Vice*)
kdouglas@rgrdlaw.com
Janine D. Arno (Admitted *Pro Hac Vice*)
jarno@rgrdlaw.com
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364

*Attorneys for Plaintiffs Richard Dent, et al.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DENT, *et al.*, | ) CASE NO. C-14-2324 WHA/JCS |
| Plaintiffs, | ) **NOTICE OF APPEAL AND** |
| v. | ) **REPRESENTATION STATEMENT** |
| NATIONAL FOOTBALL LEAGUE, a New York unincorporated association; | ) |
| Defendant. | ) |

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**
Case No. C 14-02324 WHA/JCS

NOTICE IS HEREBY GIVEN THAT all plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's December 31, 2014 entry of judgment.

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: January 27, 2015     Respectfully Submitted,

/s/
William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles St., Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

*Attorneys for Plaintiffs Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, Marcellus Wiley, and Jonathan Rex Hadnot, Jr.*

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address and telephone number.

| Parties | Counsel |
|---|---|
| Plaintiffs Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, Marcellus Wiley Jonathan Rex Hadnot, Jr. | **Silverman Thompson Slutkin & White, LLC**<br>William N. Sinclair<br>Steven D. Silverman<br>Stephen G. Grygiel<br>Andrew G. Slutkin<br>Joseph F. Murphy, Jr.<br>Phillip J. Closius<br>201 N. Charles St., Suite 2600<br>Baltimore, MD 21201<br>(410) 385-2225<br><br>**Namanny Byrne & Owens, P.C.**<br>Thomas J. Byrne<br>Mel T. Owens<br>2 South Pointe Drive, Suite 245<br>Lake Forest, CA 92630<br>(949) 452-0700<br><br>**Robbins Geller Rudman & Dowd LLP**<br>Stuart A. Davidson<br>Mark J. Dearman<br>Kathleen B. Douglas<br>Janine D. Arno<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000 |
| Defendant National Football League | **Skadden Arps Slate Meagher & Flom LLP**<br>Allen J. Ruby<br>Jack P. DiCanio<br>Timothy A. Miller<br>525 University Ave., Suite 1400<br>Palo Alto, CA 94301<br>(650) 470-4500 |

NOA AND REPRESENTATION STATEMENT                                    2
Case No. C 14-02324 WHA/JCS

**Akin Gump Strauss Hauer & Feld LLP**
Daniel L. Nash
Stacey R. Reisenstein
Marla S. Axelrod
1333 New Hampshire Ave., NW, Suite 1000
Washington, DC 20036
(202) 887-4000

## CERTIFICATE OF SERVICE

I am employed in the City of Baltimore, State of Maryland. I am over the age of 18 and not a party to the within action; my business address is 201 N. Charles St., Suite 2600, Baltimore, MD 21201 and my email address is nwilson@mdattorney.com.

On January 27, 2015, I caused to be served the following document described as:

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

on the following interested parties:

>Allen J. Ruby
>Jack P. DiCanio
>Timothy A. Miller
>Skadden Arps Slate Meagher & Flom LLP
>525 University Avenue, Suite 1400
>Palo Alto, California 94301
>
>Daniel L. Nash
>Stacey R. Reisenstein
>Marla S. Axelrod
>Akin Gump Strauss Hauer & Feld LLP
>1333 New Hampshire Ave., NW
>Suite 1000
>Washington, DC 20036

by:

X____ (BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM) In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic services through the CM/ECF system.

_____ (BY PERSONAL SERVICE)

X____ (BY EMAIL) I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by email and that the transmission was reported as complete and without error.

X____ (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Baltimore, Maryland and placed for collection and mailing following ordinary business practices.

_____(BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Baltimore, Maryland and placed for collection and overnight delivery following ordinary business practices.

I declare under penalty of perjury under the laws of the State of Maryland that the above is true and correct.

Executed on January 27, 2015 at Baltimore, Maryland.

                                                              /s\
                                                          Nicole Wilson