UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RICHARD DENT; et al.,

        Plaintiffs - Appellants,

v.

NATIONAL FOOTBALL LEAGUE, a New York unincorporated association,

        Defendant - Appellee.

No. 15-15143

D.C. No. 3:14-cv-02324-WHA
U.S. District Court for Northern California, San Francisco

**MANDATE**

    The judgment of this Court, entered September 06, 2018, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7