IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DENT, JEREMY NEWBERRY, ROY GREEN, J.D. HILL, KEITH VAN HORNE, RON STONE, RON PRITCHARD, JAMES MCMAHON, MARCELLUS WILEY, and JONATHAN REX HADNOT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, a New York unincorporated association,<br><br>Defendant. | No. C 14-02324 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing the third amended complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant National Football League and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 18, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE