IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DENT, JEREMY NEWBERRY, ROY GREEN, J.D. HILL, KEITH VAN HORNE, RON STONE, RON PRITCHARD, JAMES MCMAHON, and MARCELLUS WILEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, a New York unincorporated association,<br><br>Defendant. | No. C 14-02324 WHA<br><br>**JUDGMENT (AMENDED)** |

For the reasons stated in the accompanying order dismissing the third amended complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant National Football League and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 18, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE