William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Andrew G. Slutkin (Admitted *Pro Hac Vice*)
(aslutkin@mdattorney.com)
Joseph F. Murphy, Jr. (Admitted *Pro Hac Vice*)
(jmurphy@mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles St., Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

Thomas J. Byrne (SBN 179984)[1]
(tbyrne@nbolaw.com)
Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA 92630
Telephone: (949) 452-0700
Facsimile: (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
SDavidson@rgrdlaw.com
Mark J. Dearman (Admitted *Pro Hac Vice*)
MDearman@rgrdlaw.com
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel:    (561) 750-3000
Fax:    (561) 750-3364

*Attorneys for Plaintiffs Richard Dent, et al.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD DENT, *et al.* ) | **CASE NO. 3:14-CV-02324 WHA** |
| ) | |
| Plaintiffs, ) | **NOTICE OF APPEAL AND** |
| ) | **REPRESENTATION STATEMENT** |
| v. ) | |
| ) | |
| NATIONAL FOOTBALL LEAGUE, a New ) | |
| York unincorporated association, ) | |
| ) | |
| Defendant. ) | |
| ) | |

---

[1] Mr. Byrne passed away unexpectedly on January 6, 2019.

**Notice of Appeal and Representation Statement**
**Case No. 3:14-CV-02324 WHA**

NOTICE IS HEREBY GIVEN THAT all plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's April 18, 2019 entry of judgment.

Dated: May 14, 2019	Respectfully Submitted,

      /s/
William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles St., Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

*Attorneys for Plaintiffs Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley*

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address and telephone number.

| Parties | Counsel |
|---|---|
| Plaintiffs Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, Marcellus Wiley | **Silverman Thompson Slutkin & White**<br>William N. Sinclair<br>Steven D. Silverman<br>Andrew G. Slutkin<br>Joseph F. Murphy, Jr.<br>Phillip J. Closius<br>201 N. Charles St., Suite 2600<br>Baltimore, MD 21201<br>(410) 385-2225<br><br>**Namanny Byrne & Owens, P.C.**<br>Mel T. Owens<br>2 South Pointe Drive, Suite 245<br>Lake Forest, CA 92630<br>(949) 452-0700<br><br>**Robbins Geller Rudman & Dowd LLP**<br>Stuart A. Davidson<br>Mark J. Dearman<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000 |
| Defendant National Football League | **Skadden Arps Slate Meagher & Flom LLP**<br>Allen J. Ruby<br>Jack P. DiCanio<br>Patrick Hammon<br>Karen Hoffman Lent<br>525 University Ave., Suite 1400<br>Palo Alto, CA 94301<br>(650) 470-4500<br><br>**Akin Gump Strauss Hauer & Feld LLP** |

1
2
3

Daniel L. Nash
Stacey R. Eisenstein
1333 New Hampshire Ave., NW, Suite 1000
Washington, DC 20036
(202) 887-4000

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

25   **Notice of Appeal and Representation Statement**                                                        3
     **Case No. 3:14-CV-02324 WHA**