

**SILVERMAN THOMPSON**
Silverman Thompson Slutkin White
ATTORNEYS AT LAW

*A Limited Liability Company*
201 N. Charles Street
26th Floor
Baltimore, Maryland 21201
Telephone  410-385-2225
Facsimile   410-547-2432
silvermanthompson.com

*Baltimore | Towson | New York | Washington, DC*

Writer's Direct Contact:

Danielle M. Caimona
443-909-7491
dcaimona@silvermanthompson.com

December 17, 2020

***VIA ELECTRONIC DELIVERY***
United States District Court for the
Northern District of California, San Francisco
c/o Clerk of Court – Civil
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:   *Richard Dent et al. v. National Football League*
      *US District Court Northern District of California, Case No.: 3:14-CV-02324*

Dear Clerk of Court,

On behalf of the Plaintiff's counsel, attached for submission please find the following exhibits that relate to Plaintiff's Opposition to Defendant's Motion to Dismiss Third Amended Complaint, Dk. [148], that was filed on December 17, 2020 in the above referenced matter.

Should you have any questions regarding this submission, please feel free to contact Bill Sinclair directly at (410) 385-2225 or at bsinclair@silvermanthompson.com.

Sincerely,

Danielle M. Caimona
*Paralegal*

/dmc