1  ALLEN RUBY (SBN 47109)
   allen@allenruby.com
2  ALLEN RUBY, ATTORNEY AT LAW
   15559 Union Ave. #138
3  Los Gatos, California 95032
   Telephone:  (408) 888-7087
4
   JACK P. DICANIO (SBN 138782)
5  jack.dicanio@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  525 University Avenue
   Palo Alto, CA 94301
7  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
8
   DANIEL L. NASH (*pro hac vice*)
9  dnash@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
10 1333 New Hampshire Avenue, N.W.
   Washington, D.C. 20036
11 Telephone: (202) 887-4000
   Facsimile: (202) 887-4288
12
13 Attorneys for Defendant
   NATIONAL FOOTBALL LEAGUE
14
   [Counsel for Plaintiffs Listed on Signature Page]
15

16

17                  **UNITED STATES DISTRICT COURT**

18                 **NORTHERN DISTRICT OF CALIFORNIA**

19                    **SAN FRANCISCO DIVISION**

20 RICHARD DENT, ET AL.,                  Case No.: 3:14-CV-02324-WHA

21            Plaintiffs,

22       v.                               **JOINT STIPULATION AND [PROPOSED]
                                          ORDER TO ENLARGE TIME TO
23 NATIONAL FOOTBALL LEAGUE,              RESPOND TO THIRD AMENDED
                                          COMPLAINT**
24            Defendant.

25                                        Courtroom:   12 (19th floor)
                                          Judge:       Honorable William Alsup
26

27

28

   ───────────────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER            CASE NO.: 3:14-CV-02324-WHA

1    Pursuant to Civil Local Rule 6-1(b), Defendant National Football League ("Defendant")

2   and Plaintiffs Richard Dent, et al. ("Plaintiffs"), by and through their respective counsel of record,

3   hereby stipulate and agree as follows:

4    WHEREAS, Plaintiffs filed their Third Amended Complaint on December 5, 2018;

5    WHEREAS, on November 25, 2020, Defendant filed a Motion to Dismiss the Third

6   Amended Complaint;

7    WHEREAS, the Court denied Defendant's Motion to Dismiss on February 19, 2021;

8    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant's

9   responsive pleading is currently due on March 5, 2021;

10    WHEREAS, due to the length of Plaintiffs' Third Amended Complaint (90 pages),

11   Defendant has requested, and Plaintiffs have consented to, an enlargement of the time for

12   Defendant to file its response to Plaintiffs' Third Amended Complaint by 14 days, to March 19,

13   2021;

14    WHEREAS, enlarging the time for Defendant's response to the Third Amended Complaint

15   as set forth herein will not alter the date of any other event or deadline already fixed by Court

16   order;

17    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the

18   respective parties hereto, that:

19    1.    Defendant's response to Plaintiffs' Third Amended Complaint shall be filed on or

20        before March 19, 2021.

21   Dated: March 3, 2021            By: _____*/s/ William N. Sinclair*_____
22                        SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC

23                        William N. Sinclair (SBN 222502)
                        bsinclair@mdattorney.com
24                        Steven D. Silverman (Admitted Pro Hac Vice)
                        ssilverman@mdattorney.com
25                        Andrew G. Slutkin (Admitted Pro Hac Vice)
                        aslutkin@mdattorney.com
26                        Joseph F. Murphy, Jr. (Admitted Pro Hac Vice)
                        jmurphy@mdattorney.com
27                        Phillip J. Closius (Admitted Pro Hac Vice)
                        pclosius@mdattorney.com
28                        SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC
                        201 North Charles Street, Suite 2600

1

1

Baltimore, MD 21201
Telephone: (410) 385-2225
2                                            Facsimile: (410) 547-2432

3                                            Mel T. Owens (SBN 226146)
mowens@nbolaw.com
4                                            NAMANNY BYRNE & OWENS, P.C.
2 South Pointe Drive, Suite 245
5                                            Lake Forest, CA 92630
Telephone: (949) 452-0700
6                                            Facsimile: (949) 452-0707

7                                            Stuart A. Davidson (Admitted Pro Hac Vice)
sdavidson@rgrdlaw.com
8                                            Mark J. Dearman (Admitted Pro Hac Vice)
MDearman@rgrdlaw.com
9                                            ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
10                                           Boca Raton, FL 33432
Telephone: (561) 750-3000
11                                           Facsimile: (561) 750-3364

12                                           Attorneys for Plaintiffs
RICHARD DENT, ET AL.

13

14   Dated: March 3, 2021                    By:____/s/ Jack P. DiCanio_____
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
15
Jack P. DiCanio (SBN 138782)
16                                           jack.dicanio@skadden.com
525 University Avenue
17                                           Palo Alto, California 94301
Telephone: (650) 470-4500
18                                           Facsimile: (650) 470-4570

19                                           Allen Ruby (SBN 47109)
allen@allenruby.com
20                                           ALLEN RUBY, ATTORNEY AT LAW
15559 Union Ave. #138
21                                           Los Gatos, California 95032
Telephone:  (408) 888-7087
22
Daniel L. Nash (Admitted Pro Hac Vice)
23                                           dnash@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
24                                           1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
25                                           Telephone: (202) 887-4000
Facsimile: (202) 887-4288
26
Attorneys for Defendant
27                                           NATIONAL FOOTBALL LEAGUE

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.


DATED: March 3, 2021                              _/s/ Jack P. DiCanio_
                                                              Jack P. DiCanio

**STIPULATION AND [PROPOSED] ORDER**                    **CASE NO.: 3:14-CV-02324-WHA**

**[PROPOSED] ORDER**

Pursuant to the forgoing stipulation of the parties and for good cause appearing, it is hereby ORDERED that:

1. Defendant's response to Plaintiffs' Third Amended Complaint shall be filed on or before March 19, 2021.

**IT IS SO ORDERED.**

Dated: _____, 2021                    _____

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

4