William N. Sinclair (SBN 222502)
  (bsinclair@mdattorney.com)
Steven D. Silverman (admitted *pro hac vice*)
  (ssilverman@mdattorney.com)
Andrew G. Slutkin (admitted *pro hac vice*)
  (aslutkin@mdattorney.com)
Joseph F/ Murphy, Jr. (admitted *pro hac vice*)
  (jmurphy@mdattorney.com)
Phillip J. Closius (admitted *pro hac vice*)
  (pclosius@mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles Street, Suite 2600
Baltimore, MD  21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

Mel T. Owens (SBN 226146)
  (mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone: (949) 452-0700
Facsimile: (949) 452-0707

Stuart A. Davidson (admitted *pro hac vice*)
  (sdavidson@rgrdlaw.com)
Mark J. Dearman (admitted *pro hac vice*)
  (mdearman@rgrdlaw.com)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Attorneys for Plaintiffs and Proposed Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DENT, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONAL FOOTBALL LEAGUE, a New York Unincorporated Association,<br><br>　　　　　　　　　Defendant. | Case No. 3:14-cv-02324-WHA-JCS<br><br>DECLARATION OF PHILLIP J. CLOSIUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date:　　July 8, 2021<br>Time:　　8:00 a.m.<br>Dept:　　Courtroom 12, 19th Floor<br>JUDGE:　Hon. William H. Alsup |

I, Phillip J. Closius, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New York and am admitted *pro hac vice* before this Court in this action. I am Of Counsel at the law firm of Silverman Thompson Slutkin White LLC, and I am one of the attorneys of record for Plaintiffs in this case. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. As of the date of this Declaration, my firm and my co-counsel's firm, Robbins Geller Rudman & Dowd LLP, have been retained by over 1,800 former National Football League ("NFL") players to pursue class-action claims against the NFL similar to the claims alleged in this case.

3. I respectfully submit true and correct copies of the foregoing exhibits in connection with Plaintiffs' Motion for Class Certification.

| No. | Exhibit |
|---|---|
| 1 | Declaration of Richard Dent in Support of Plaintiffs' Motion for Class Certification |
| 2 | Declaration of J.D. Hill in Support of Plaintiffs' Motion for Class Certification |
| 3 | Declaration of Keith Van Horne in Support of Plaintiffs' Motion for Class Certification |
| 4 | Declaration of Ron Stone in Support of Plaintiffs' Motion for Class Certification |
| 5 | Declaration of Ron Pritchard in Support of Plaintiffs' Motion for Class Certification |
| 6 | Declaration of Jim McMahon in Support of Plaintiffs' Motion for Class Certification |
| 7 | Intentionally Left Blank |
| 8 | Declaration of Jeremy Newberry in Support of Plaintiffs' Motion for Class Certification |
| 9 | Declaration of Marcellus Wiley in Support of Plaintiffs' Motion for Class Certification |
| 10 | Firm Resume of Silverman Thompson Slutkin White LLC |
| 11 | Firm Resume of Robbins Geller Rudman & Dowd LLP |
| 12 | BROWN_EVANS_0000005308 |
| 13 | BROWN_EVANS_0000005314 |

| No. | Exhibit |
|---|---|
| 14 | Excerpts from the Deposition of Anthony P. Yates, M.D. |
| 15 | Excerpts from the Deposition of T. Pepper Burrus |
| 16 | Christopher R. Deubert, *et al.*, *Protecting and Promoting the Health of NFL Players: Legal and Ethical Analysis and Recommendations* (Nov. 2016) |
| 17 | Deposition of Elliot Pellman, M.D., Ex. 27 |
| 18 | Excerpts from the Deposition of David J. Chao, M.D. |
| 19 | Excerpts from the Deposition of Matthew Matava, M.D. |
| 20 | BROWN_EVANS_0000010153 |
| 21 | BROWN_EVANS_0000022290 |
| 22 | PIT_EVANS_0000000714 |
| 23 | PIT_EVANS_0000000964 |
| 24 | PIT_EVANS_0000000825 |
| 25 | Deposition of Anthony P. Yates, M.D., Ex. 13 |
| 26 | IND_EVANS_0000004051 |
| 27 | NYJ_EVANS_0000004273 |
| 28 | NO_EVANS_0000006046 |
| 29 | Excerpts from the Deposition of Elliot Pellman, M.D.  299; 410 |
| 30 | NFLPS_EVANS_0002096 |
| 31 | PIT_EVANS_0000000676 |
| 32 | Excerpts from the Deposition of Gerald Wunsch |
| 33 | GB_EVANS_0000000880 |
| 34 | PLAINTIFFS-NFL 0000240 |
| 35 | SD_EVANS_0000003498 |
| 36 | NFLPS_EVANS_0000294 |
| 37 | NFL_COTTLER_00000413 |
| 38 | *Calvin Johnson Tells E:60 He Had His 'Fair Share' of Concussions*, ESPN (July 6, 2016), https://www.espn.com/nfl/story/_/id/16822053/calvin-johnson-talks-painkillers-concussions-player-safety |

| No. | Exhibit |
|---|---|
| 39 | Deposition of Anthony P. Yates, M.D., Ex. 12 |
| 40 | Excerpts from the Deposition of Ronnie Barnes |
| 41 | NFLPS_EVANS_0001631 |
| 42 | BROWN_EVANS_0000010177 |
| 43 | BROWN_EVANS_0000000287 |
| 44 | NFLPS_EVANS_0002751 |
| 45 | GB_EVANS_0000000488 |
| 46 | MATAVA0000638 |
| 47 | PELLMAN_EVANS_0000000561 |
| 48 | PELLMAN_EVANS_0000000207 |
| 49 | PELLMAN_EVANS_0000000008 |
| 50 | NFLPS_EVANS_0000168 |
| 51 | NFLPS_EVANS_0002680 |
| 52 | NFLPS_EVANS_0002038 |
| 53 | NYJ_EVANS_0000001667 |
| 54 | NYJ_EVANS_0000001187 |
| 55 | BROWN_EVANS_0000000367 |
| 56 | GB_EVANS_0000000336 |
| 57 | ARI_EVANS_0000014903 |
| 58 | PELLMAN_EVANS_0000000265 |
| 59 | Excerpts from the Deposition of Jim Anderson |
| 60 | PIT_EVANS_0000000550 |
| 61 | PIT_EVANS_0000000568 |
| 62 | PIT_EVANS_0000000473 |
| 63 | GB_EVANS_0000000231 |
| 64 | BROWN_EVANS_0000008878 |

| No. | Exhibit |
|---|---|
| 65 | BROWN_EVANS_0000002900 |
| 66 | PIT_EVANS_0000000959 |
| 67 | PIT_EVANS_0000000954 |
| 68 | BROWN_EVANS_0000015231 |
| 69 | BROWN_EVANS_0000003250 |
| 70 | BROWN_EVANS_0000013328 |
| 71 | CIN_EVANS_0000004605 |
| 72 | BROWN_EVANS_0000014842 |
| 73 | BROWN_EVANS_0000004407 |
| 74 | Excerpts from the Deposition of David E. Olson, M.D. |
| 75 | Deposition of Lawrence S. Brown, Jr., M.D., Ex. 13 |
| 76 | NFLPS_EVANS_0002110 |
| 77 | Excerpts from the Deposition of Lawrence S. Brown, Jr., M.D. |
| 78 | PELLMAN_EVANS_0000000015 |
| 79 | DEN_EVANS_0000007900 |
| 80 | NFLPS_EVANS_0001512 |
| 81 | CHI_EVANS_0000002950 |
| 82 | Deposition of Lawrence S. Brown, Jr., M.D., Ex. 16 |
| 83 | TEN_EVANS_0000000382 |
| 84 | MIN_EVANS_0000000539 |
| 85 | NFL_EVANS_0000001183 |
| 86 | MIN_EVANS_0000000735 |
| 87 | ATL_EVANS_0000000171 |
| 88 | NE_EVANS_0000001835 |
| 89 | COTTLER_EVANS_000573 |
| 90 | BROWN_EVANS_0000005611 |

| No. | Exhibit |
|-----|---------|
| 91  | MATAVA0000752 |
| 92  | CIN_EVANS_0000004643 |
| 93  | PELLMAN_EVANS_0000000051 |
| 94  | Excerpts from the Deposition of John Norwig |
| 95  | ATL_EVANS_0000000337 |
| 96  | TEN_EVANS_0000000320 |
| 97  | PELLMAN_EVANS_0000000214 |
| 98  | PELLMAN_EVANS_0000000543 |
| 99  | GB_EVANS_0000000778 |
| 100 | Excerpts from the Deposition of Patrick Michael Connor, M.D. |
| 101 | Declaration of Leslie K. Benet, Ph.D. |
| 102 | MATAVA0001425 |
| 103 | NYJ_EVANS_0000012090 |
| 104 | Elements of Negligence – Voluntary Undertaking by State |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of May, 2021, at Baltimore, Maryland.

*s/Phillip J. Closius*
PHILLIP J. CLOSIUS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused the foregoing to be served via email to the non-CM/ECF participants indicated on the attached Email Notice List.

*s/ Phillip J. Closius*
Phillip J. Closius

# Email Notice List

Christi J. Braun
Office of the Vice President and General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL  32611-3125
braunc@shands.ufl.edu
braunc@ufl.edu

Anna T. Selby
Assistant Vice Chancellor and Associate General Counsel
Washington University
660 South Euclid, Campus Box 8037
St. Louis, MO  63110
anna.selby@wustl.edu

Sarah Coyne
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153
sarah.coyne@weil.com