William N. Sinclair (SBN 222502)
  (bsinclair@silvermanthompson.com)
Steven D. Silverman (admitted *pro hac vice*)
  (ssilverman@ silvermanthompson.com)
Andrew G. Slutkin (admitted *pro hac vice*)
  (aslutkin@ silvermanthompson.com)
Christopher Macchiaroli (admitted *pro hac vice*)
  (cmacchiaroli@ silvermanthompson.com)
Phillip J. Closius (admitted *pro hac vice*)
  (pclosius@ silvermanthompson.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)

Mel T. Owens (SBN 226146)
  (mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone:  949/452-0700
949/452-0707 (fax)

Stuart A. Davidson (admitted *pro hac vice*)
  (sdavidson@rgrdlaw.com)
Mark J. Dearman (admitted *pro hac vice*)
  (mdearman@rgrdlaw.com)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiffs

[Attorneys for Defendant Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DENT, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, a New York Unincorporated Association,<br><br>Defendant. | Case No. 3:14-cv-02324-WHA-JCS<br><br>STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF ROY GREEN AND [PROPOSED] ORDER<br><br>Courtroom: 12 (19th floor)<br><br>Judge: Honorable William Alsup |

1     WHEREAS Plaintiff Roy Green seeks to dismiss his claims against Defendant National Football League;

    WHEREAS neither Defendant nor Plaintiffs will experience legal prejudice of Plaintiff Roy Green's voluntary dismissal of his claims;

    WHEREAS, Plaintiff Roy Green has not received, and will not receive, any monetary consideration in connection with this voluntary dismissal;

    WHEREAS, Defendant and Plaintiff Roy Green agree that a court order approving this stipulation moots Defendant's Motion For Involuntary Dismissal Without Prejudice Of Plaintiff Roy Green Pursuant To Federal Rule Of Civil Procedure 41(b) [Dkt. No. 195];

    IT IS HEREBY STIPULATED, by and among Plaintiff Roy Green and Defendant National Football League, that in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Roy Green voluntarily dismisses his claims in the above-titled action. The claims of Roy Green against National Football League, asserted in the Third Amended Class Action Complaint, are hereby voluntarily dismissed without prejudice.

DATED: October 12, 2021

Stuart A. Davidson
Mark J. Dearman
**ROBBINS GELLER RUDMAN & DOWD LLP**

/s/
Stuart A. Davidson

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF ROY GREEN AND [PROPOSED] ORDER   - 1 -

William N. Sinclair
Steven D. Silverman
Andrew G. Slutkin
Christopher Macchiaroli
Phillip J. Closius
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 North Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)

Mel T. Owens
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone:  949/452-0700
949/452-0707 (fax)

Attorneys for Plaintiffs and Proposed Class Counsel

DATED:  October 12, 2021

Jack P. DiCanio (SBN 138782)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/
————————————————
Jack P. DiCanio

525 University Avenue
Palo Alto, California 94301
Telephone: 650/470-4500
650/470-4570 (fax)

Allen Ruby (SBN 47109)
**ALLEN RUBY, ATTORNEY AT LAW**
15559 Union Ave. #138
Los Gatos, California 95032
Telephone: 408/888-7087

Daniel L. Nash (Admitted *Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202/887-4000
202/887-4288 (fax)

Attorneys for Defendant National Football League

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF ROY GREEN AND [PROPOSED] ORDER - 2 -

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from another signatory to this document.

DATED: October 12, 2021    /s/
William N. Sinclair (SBN 222502)

**[PROPOSED] ORDER**

Pursuant to the forgoing stipulation of the parties and for good cause appearing, it is hereby ORDERED that:

Plaintiff Roy Green is voluntarily dismissed without prejudice in the above-titled action. Defendant National Football League's Motion For Involuntary Dismissal Without Prejudice Of Plaintiff Roy Green Pursuant To Federal Rule Of Civil Procedure 41(b) [Dkt. No. 195] is DENIED as moot.

IT IS SO ORDERED.

Dated: _____, 2021
October 12, 2021

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF ROY GREEN AND [PROPOSED] ORDER                                - 3 -