# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** December 2, 2021 | **Time:** 8:29 – 9:01 = 32 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 14-cv-02324-WHA | **Case Name:** Richard Dent, et al v. National Football League | |
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Katherine Sullivan | |

**Attorney for Plaintiff:** William Sinclair

**Attorney for Defendant:** Daniel Nash, Gregory Knopp, Nathan Oleson

# PROCEEDINGS

Defendant's Motion for Summary Judgment - Taken Under Submission