UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DENT, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE,<br><br>    Defendant. | No. 14-cv-02324-WHA<br><br>**ORDER IN CIVIL CASES RE VACCINATION REQUIREMENTS** |

Due to the continuing COVID-19 pandemic, all jurors must be fully vaccinated in all civil jury trials. In fact, only those fully vaccinated may be eligible to join the pool of potential jurors. Also, those who object to serving due to the pandemic will be excused (even though they are fully vaccinated).

All counsel, witnesses, and parties must be fully vaccinated against COVID-19 to enter the courtroom. Any witness who is not fully vaccinated may appear only by deposition and/or by live video so long as the side calling the witness makes the necessary arrangements for a live video remote appearance. The Court does not guarantee that live video remote arrangements will be possible.

Any party who is not fully vaccinated may listen to the proceedings by telephone but, again, the burden will be on that side to make the arrangements. The Court does not guarantee that such arrangements will be possible.

1. Within fourteen calendar days of this order or 35 days before the scheduled trial date, whichever is later, each side shall name all of his or her trial witnesses and shall state, upon adequate inquiry, the extent to which each is vaccinated and can so prove.

If counsel wishes to call any properly disclosed witness or party who has not yet been fully vaccinated as a trial witness but discovery has closed, a prompt application to allow a late deposition anyway will be considered.

During the trial, the gallery shall be occupied only by those who are fully vaccinated. Everyone in the courtroom shall wear a mask except the performing lawyer and the witness. The jury shall maintain social distance.

Any motions to modify this order shall be made within fourteen calendar days hereof or thereafter very promptly after learning of the circumstances warranting a modification.

For public safety, the foregoing restrictions are intended to help ensure that everyone in the courtroom, especially the jury and staff, are protected from a "breakthrough infection," which is especially a risk from exposure to someone who contracts the virus after failing to be vaccinated.

**IT IS SO ORDERED.**

Dated: December 10, 2021

WILLIAM ALSUP
SENIOR UNITED STATES DISTRICT JUDGE