UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DENT, J.D. HILL, JAMES MCMAHON, JEREMY NEWBERRY, RON PRITCHARD, RON STONE, KEITH VAN HORNE, and MARCELLUS WILEY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE,<br><br>Defendant. | No. C 14-02324 WHA<br><br>**FINAL JUDGMENT** |

For the reasons stated in the accompanying order granting summary judgment, final judgment is hereby entered in favor of National Football League against Richard Dent, J.D. Hill, James McMahon, Jeremy Newberry, Ron Pritchard, Ron Stone, Keith Van Horne, and Marcellus Wiley.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 17, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE