William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Andrew G. Slutkin (Admitted *Pro Hac Vice*)
(aslutkin@ mdattorney.com)
Christopher Macchiaroli (Admitted *Pro Hac Vice*)
(cmacchiaroli@ mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@ mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 North Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  (410) 385-2225
Facsimile:  (410) 54702432

Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone:  (949) 452-0700
Facsimile:  (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
(sdavidson@rgrdlaw.com)
Mark J. Dearman (Admitted *Pro Hac Vice*)
(mdearman@rgrdlaw.com)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DENT, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONAL FOOTBALL LEAGUE, a New York unincorporated association,<br><br>　　　　　　Defendant. | Case No. 3:14-cv-02324-WHA-JCS<br><br>PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT<br><br>Date:  February 17, 2022<br>Time: 8:00 a.m.<br>Courtroom 12, 19th Floor<br>The Honorable William H. Alsup |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on February 17, 2022, at 8:00 a.m., or as soon thereafter as is available, in the courtroom of the Honorable William H. Alsup, located at 450 Golden Gate Avenue, Courtroom 12, 19th Floor, San Francisco, California 94102, Plaintiffs J.D. Hill, Richard Dent, and Marcellus Wiley ("Plaintiffs") will and hereby do move, pursuant to Rules 59(e) and 60(b)(1) of the Federal Rules of Civil Procedure, for relief from the Court's judgment.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the accompanying Declaration of William N. Sinclair ("Sinclair Decl."), the exhibit appended hereto, the pleadings and papers on file in this action, any other such matters of which the Court may take judicial notice, the arguments of counsel, and any other matters the Court may properly consider.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Fed. R. Civ. P. 59(e) and 60(b)(1), Plaintiffs hereby move the Court to accept as part of the trial record the Declaration of Leslie Z. Benet ("Benet *Dent* Declaration"), attached to the Sinclair Decl., and alter or amend its Order granting summary judgment on the basis of causation as to Plaintiffs' internal injury claims and in support, state as follows:

1. On August 20, 2021, Plaintiffs' counsel provided defense counsel with a copy of the Benet *Dent* Declaration. *See* Sinclair Decl., ¶4.

2. Although intending to rely on the same in Plaintiffs' opposition to Defendant National Football League's ("NFL" or "Defendant") motion for summary judgment, through inadvertent mistake, a copy of the Benet Declaration from the earlier related *Evans* matter ("Benet *Evans* Declaration") was instead made an exhibit to that opposition, which cited to the Benet *Evans*, not the Benet *Dent*, Declaration. *See* Sinclair Decl., ¶¶7-8.

3. Rule 59(e) states that a "motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Rule 60(b)(1) provides that on "motion and just terms, the court may relieve a party … from a final judgment … for … mistake [or] inadvertence[.]"

4. Defendant was provided with the Benet *Dent* Declaration, and its counsel asked Dr. Benet questions about it at his deposition. *See* Sinclair Decl., ¶6. Further, this motion was filed within the 28-day period provided for under Rule 59(e)[1], and counsel only became aware of the mistake when evaluating whether to appeal the Court's summary judgment ruling and final judgment, the due date for which would have been January 18, 2022.

5. Plaintiffs do not seek relief from the entirety of the judgment in this matter; rather, they seek the limited relief of the Court accepting the Benet *Dent* Declaration as part of the trial record and reconsidering its conclusion that "Plaintiffs' sole expert opines only that the drugs 'could have' caused Plaintiffs' injuries[,]" *see* ECF No. 211 at 37, in light of paragraphs 16-18, 22, 31-35, and 44 of the Benet *Dent* Declaration.

6. Plaintiffs' undersigned counsel have conferred with counsel for the NFL regarding the relief requested in this motion, and the NFL's position is that it will oppose this motion.

DATED: January 13, 2022

William N. Sinclair
Steven D. Silverman
Andrew G. Slutkin
Christopher Macchiaroli
Phillip J. Closius
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**

          */s/ William N. Sinclair*
           WILLIAM N. SINCLAIR

201 North Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  (410) 385-2225
Facsimile:  (410) 54702432

Mel T. Owens
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone:  (949) 452-0700
Facsimile:  (949) 452-0707

---

[1] Rule 60(c) states, in relevant part, that a "motion under Rule 60(b) must be made within a reasonable time – and for reason[] (1) … no more than a year after the entry of the judgment[.]"

PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT - 3:14-cv-02324-WHA-JCS         - 2 -

Stuart A. Davidson
Mark J. Dearman
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused the foregoing to be served via email to the non-CM/ECF participants indicated on the attached Email Notice List.

                                                */s/ William N. Sinclair*
                                                WILLIAM N. SINCLAIR