William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Andrew G. Slutkin (Admitted *Pro Hac Vice*)
(aslutkin@ mdattorney.com)
Christopher Macchiaroli (Admitted *Pro Hac Vice*)
(cmacchiaroli@ mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@ mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 North Charles Street, Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 54702432

Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA 92630
Telephone: (949) 452-0700
Facsimile: (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
(sdavidson@rgrdlaw.com)
Mark J. Dearman (Admitted *Pro Hac Vice*)
(mdearman@rgrdlaw.com)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DENT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE, a New York unincorporated association, <br><br> Defendant. | Case No. 3:14-cv-02324-WHA-JCS <br><br> DECLARATION OF WILLIAM N. SINCLAIR IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT <br><br> Date: February 17, 2022 <br> Time: 8:00 a.m. <br> Courtroom 12, 19th Floor <br> The Honorable William H. Alsup |

I, William N. Sinclair, pursuant to 28 U.S.C. §1746, hereby declare:

1. I am an attorney duly licensed by the Bars of Maryland, California, Georgia, and the District of Columbia, and I am admitted in this Court. I am a litigation partner at Silverman, Thompson, Slutkin & White, LLC and since entering my appearance in this matter, I have served as co-lead counsel for Plaintiffs.

2. This declaration is made in support of Plaintiffs J.D. Hill, Richard Dent, and Marcellus Wiley's ("Plaintiffs") motion, pursuant to Rules 59(e) and 60(b)(1) of the Federal Rules of Civil Procedure, for relief from the Court's judgment.

3. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Leslie Z. Benet prepared for the above-captioned litigation.

4. On August 20, 2021, Plaintiffs' counsel e-mailed a copy of Exhibit A to Jack DiCanio and Niels Melius of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant National Football League ("Defendant") in this matter.

5. Defendant deposed Dr. Benet on September 13, 2021.

6. During the course of that deposition, counsel for Defendant asked Dr. Benet questions about Exhibit A.

7. Plaintiffs' counsel intended to rely on Exhibit A in support of their opposition to Defendant's motion for summary judgment.

8. However, that portion of the opposition addressing causation mistakenly relied on, and cited to, the Declaration of Leslie Z. Benet prepared for the earlier, related *Evans* matter.

9. Plaintiffs' counsel did not discover the mistake until January 11, 2022 while in the process of assessing the filing of an appeal in this matter.

10. On January 12, 2022, the undersigned spoke with Mr. DiCanio about the filing of the associated motion, who e-mailed undersigned on January 13 to state that the NFL would oppose the relief sought.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2022 in the City of Baltimore, State of Maryland.

                                                                */s/ William N. Sinclair*
                                                                 WILLIAM N. SINCLAIR

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused the foregoing to be served via email to the non-CM/ECF participants indicated on the attached Email Notice List.

                     */s/ William N. Sinclair*
                     WILLIAM N. SINCLAIR