William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Andrew G. Slutkin (Admitted *Pro Hac Vice*)
(aslutkin@ mdattorney.com)
Christopher Macchiaroli (Admitted *Pro Hac Vice*)
(cmacchiaroli@ mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@ mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 North Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  (410) 385-2225
Facsimile:  (410) 54702432

Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone:  (949) 452-0700
Facsimile:  (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
(sdavidson@rgrdlaw.com)
Mark J. Dearman (Admitted *Pro Hac Vice*)
(mdearman@rgrdlaw.com)
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD DENT, *et al.* | ) CASE NO. 3:14-CV-02324 WHA |
| Plaintiffs, | ) **NOTICE OF APPEAL AND** |
| | ) **REPRESENTATION STATEMENT** |
| v. | ) |
| NATIONAL FOOTBALL LEAGUE, a New York unincorporated association, | ) |
| Defendant. | ) |

1  NOTICE IS HEREBY GIVEN THAT all plaintiffs in the above-captioned case hereby appeal

2  to the United States Court of Appeals for the Ninth Circuit from this Court's December 17,

3  2021 entry of judgment and February 18, 2022 order on plaintiffs' motion for relief from

4  judgment.

5  Dated: February 23, 2022         Respectfully Submitted,

6                                            /s/
                                   William N. Sinclair (SBN 222502)
7                                  (bsinclair@mdattorney.com)
                                   **SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
8                                  201 N. Charles St., Suite 2600
                                   Baltimore, MD 21201
9                                  Telephone: (410) 385-2225
                                   Facsimile: (410) 547-2432
10
                                   *Attorneys for Plaintiffs Richard Dent, Jeremy Newberry,*
11                                 *J.D. Hill, Keith Van Horne, Ron Pritchard, James*
                                   *McMahon, and Marcellus Wiley*
12

13

14

15

16

17

18

19

20

21

22

23

24

25  **Notice of Appeal**                                                        1
    **Case No. 3:14-CV-02324 WHA**

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address and telephone number.

| Parties | Counsel |
|---|---|
| Plaintiffs Richard Dent, Jeremy Newberry, J.D. Hill, Keith Van Horne, Ron Pritchard, James McMahon, Marcellus Wiley | **Silverman Thompson Slutkin & White**<br>William N. Sinclair<br>Steven D. Silverman<br>Andrew G. Slutkin<br>Christopher Macchiaroli<br>Phillip J. Closius<br>201 N. Charles St., Suite 2600<br>Baltimore, MD 21201<br>(410) 385-2225<br><br>**Namanny Byrne & Owens, P.C.**<br>Mel T. Owens<br>2 South Pointe Drive, Suite 245<br>Lake Forest, CA 92630<br>(949) 452-0700<br><br>**Robbins Geller Rudman & Dowd LLP**<br>Stuart A. Davidson<br>Mark J. Dearman<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000 |
| Defendant National Football League | **Skadden Arps Slate Meagher & Flom LLP**<br>Allen J. Ruby<br>Jack P. DiCanio<br>525 University Ave., Suite 1400<br>Palo Alto, CA 94301<br>(650) 470-4500<br><br>**Akin Gump Strauss Hauer & Feld LLP**<br>Daniel L. Nash<br>Nathan J. Oleson |

1  
2  
3  

        Gregory W. Knopp  
        Stacey R. Eisenstein  
        1333 New Hampshire Ave., NW, Suite 1000  
        Washington, DC 20036  
        (202) 887-4000  

4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

**Notice of Appeal**  
**Case No. 3:14-CV-02324 WHA**

   3